Case 2:14-cv-00024-TOR   Document 15   Filed 06/09/14

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KATIE J. BARNARD, individually and on behalf of N.B. and M.S., minor children,
*Plaintiff*
v.
MINDY WATSON, in her individual and official capacities, et al.,
*Defendant*

Civil Action No.   2:14-CV-0024-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion to Dismiss (ECF No. 2) is GRANTED.
Plaintiff's Complaint is hereby DISMISSED without prejudice.
Judgment is granted in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on a motion for dismissal.

Date:  June 9, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen